UNITED STATES OF AMERICA, :
      PLAINTIFF, : NO. 3:04-CR-24
VS. : SENTENCINGS
PHILLIP GILLIHAN AND NICHOLAS ROBERTS, :
      DEFENDANTS. :

TRANSCRIPT OF PROCEEDINGS BEFORE THE HONORABLE THOMAS W. PHILLIPS, U.S. DISTRICT JUDGE, ON OCTOBER 4TH, 2004.

APPEARANCES:

    ON BEHALF OF THE PLAINTIFF:

    HUGH B. WARD, JR., ESQ.
    U.S. ATTORNEY'S OFFICE
    KNOXVILLE, TENNESSEE

    ON BEHALF OF THE DEFENDANT GILLIHAN:

    KIM A. TOLLISON, ESQ.
    FEDERAL DEFENDER SERVICES, INC.
    KNOXVILLE, TENNESSEE

    ON BEHALF OF THE DEFENDANT ROBERTS:

    JONATHAN D. COOPER, ESQ.
    KNOXVILLE, TENNESSEE

    COURT REPORTER:

    DONNETTA KOCUBA, RPR-RMR
    800 MARKET STREET
    KNOXVILLE, TENNESSEE
    (865) 524-4590

FILED 2005 APR 15 A 9:54 U.S. DISTRICT COURT EASTERN DIST. TENN. BY _____ DEPUTY CLERK